

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-17-00808-CV

Daniel **CRISP**,
Appellant

v.

Ismael **CLAY,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI10107
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellee's Motion for Extension of Time to File the Brief is hereby GRANTED. Time is extended to January 9, 2019.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court